## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | EDCV 24-2478-GW-SPx |
| Title | *John David Pano Pacheco v. Mercedes-Benz USA LLC, et al.* |
| Date | December 17, 2024 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                                       None Present

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENET**

A Joint Notice of Settlement [11] was filed on December 13, 2024. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 90 days. The Court sets an order to show re: settlement hearing for March 17, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on March 13, 2025.

:

Initials of Preparer   JG